UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BARRETT B. DALY and DENA FAIR JACKSON DALY**                              **PLAINTIFFS**

**V.**                                                  **CIVIL ACTION NO.1:06CV998 LTS-RHW**

**USAA CASUALTY INSURANCE COMPANY**                                         **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the defendant's motions [14][15] for sanctions pursuant to Rule 37, F.R.Civ.P. are **GRANTED**; and

That this action is **DISMISSED** pursuant to Rules 12(b)(6) and 37 F.R.Civ.P.

**SO ORDERED** this 17th day of July, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE